IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHELLE MARVEL STAATS, | § | |
| | § | |
| Defendant Below, | § | No. 275, 2017 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1509008379 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 21, 2018
Decided: February 22, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **SEITZ**, Justices.

# **O R D E R**

This 22nd day of February 2018, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its verdict and sentencing order dated June 13, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *State v. Marvel*, Cr. ID No. 1509008379 (Del. Super. June 13, 2017).